[No. 7694-6-III. Division Three. December 17, 1987.]

J. R. SIMPLOT COMPANY, *Appellant*, v. DAVE PEMBER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 84-2-50272-2, Albert J. Yencopal, J., entered February 19, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 7924-4-III. Division Three. December 17, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
DONALD BROSSARD, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 86-1-00010-5, Fred L. Stewart, J., entered June 13, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 10087-8-II. Division Two. December 17, 1987.]

JOHN CLEVELAND, *Respondent*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 83-2-00297-1, Carol A. Fuller, J., entered June 27, 1986. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.